Hermann F. M. MUTZENBECHER et al., Plaintiffs-Appellants, v. Sumner BALLARD, Defendant-Appellee.

(Circuit Court of Appeals, Second Circuit. November 17, 1926.)

No. 106.

Appeal from the District Court of the United States for the Southern District of New York.

Wise, Whitney & Parker, of New York City (Christopher Nixon, of New York City, of counsel), for appellants.

Rumsey & Morgan, of New York City (David Rumsey and Henry N. Arnold, both of New York City, of counsel), for appellee.

Before MANTON and MACK, Circuit Judges, and A. N. HAND, District Judge.

PER CURIAM. Decree (16 F.[2d] 173) affirmed in open court.